UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN FISCHLER, Individually and on
behalf of all other persons similarly situated,

                Plaintiff,
     v.                                 **ORDER**
                                       20-CV-5424 (WFK) (CLP)
LULU & GEORGIA, INC.,

                Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

       With Defendant having not filed an Answer or a Summary Judgment Motion, and Plaintiff's voluntarily dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby ORDERED that this action shall be dismissed without prejudice, with each party to bear its own costs, expenses and fees. The Clerk of the Court is directed to enter judgment accordingly.

                                               **SO ORDERED.**

                                               s/ WFK
                                         _____

Dated: January 15, 2021                    HON. WILLIAM F. KUNTZ, II
       Brooklyn, New York               UNITED STATES DISTRICT JUDGE