UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
BRIAN FISCHLER, Individually and on
behalf of all other persons similarly situated,

                 Plaintiff,                             JUDGMENT
                                                     20-CV-5424 (WFK) (CLP)

       v.

LULU & GEORGIA, INC.,
                 Defendant.
--------------------------------------------------------- X

       An Order of Honorable William F. Kuntz II, United States District Judge, having been

filed on January 15, 2021, dismissing this action without prejudice, with each party to bear its

own costs, expenses and fees; it is

       ORDERED and ADJUDGED that this action is dismissed without prejudice, with each

party to bear its own costs, expenses and fees.

Dated: Brooklyn, NY                           Douglas C. Palmer
       January 19, 2021                    Clerk of Court

                                    By:     /s/*Jalitza Poveda*
                                            Deputy Clerk